# ELECTRONIC RECORD

COA # 04-14-00115-CR        OFFENSE: Aggravated Robbery

STYLE: Lloyd Rector v. The State of Texas        COUNTY: Bexar

COA DISPOSITION: Affirmed        TRIAL COURT: 227th District Court

DATE:04/15/2015        Publish: NO    TC CASE #: 2012CR4029B

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»        CCA #:

APPELLANT'S    Petition        CCA Disposition: 585-15
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:
REFUSED,        JUDGE:
DATE: 06/24/15        SIGNED:        PC:
JUDGE: Per Curi        PUBLISH:        DNP:

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____